# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Levi Foerderer,<br><br>        Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>        Defendants. | **ORDER**<br><br>Case No. 1:25-cv-017 |

It appears that Plaintiff and remaining Defendant have reached a settlement. (Doc. No. 25). Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within thirty (30) days from the date of this order. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 22nd day of October, 2025.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court